UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JDH UNLIMITED INC.,                                      1:21-cv- 03118-WFK-RER

              Plaintiffs,                                      **ORDER TO SHOW CAUSE**

    -against-

APKZ MEDICAL INC., WESTERN MED SUPPLIES
LLC, CHEK SHIN SHEN a/k/a JESSE SHEN, and
JESSICA ROSE KOEHLER,

              Defendants.
-------------------------------------------------------------------X

Upon the Declaration of Frederic R. Abramson sworn to on the 28th day of June, 2022 and the affidavit of defendant Jessica Rose Koehler, sworn to the 21st day of June, 2022; all exhibits annexed thereto; and upon all the pleadings and proceedings heretofore had herein, it is:

ORDERED, that the above named plaintiff show cause before this Court, JUDGE WILLIAM F. KUNTZ, II United States District Court for the Eastern District of New York 225 Cadman Plaza East, Brooklyn, New York 11201 on _____, 2022, at \_\_\_\_o'clock in the fore/afternoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to FRCP 60(b) vacating the default judgment entered against Jessica Rose Koehler ("Koehler") on February 1, 2022, dismissing the action against Koehler in its entirety, returning to Koehler all funds restrained and executed upon from Koehler's bank accounts or assets in connection with the February 1, 2022 judgment procured by plaintiff, lifting all restraints imposed upon Koehler's bank accounts and/or assets and for a stay of all enforcement efforts against Koehler by plaintiff, their counsel and the writ of the Sherriff and/or Marshall of the County of Clark, State of Nevada, in connection with the February 1, 2022 judgment.

ORDERED, that pending a decision on the motion, any restraint upon Jessica Rose Koehler's bank accounts shall be lifted; all sums executed upon from Koehler's bank accounts or assets in connection with the February 1, 2022, judgment shall be returned to Koehler; and plaintiff, plaintiff's counsel, and the Clark County Sherriff and/or Marshall, State of Nevada are stayed from any efforts to enforce the judgment entered against Koehler. ORDERED that service via the Court's Electronic Case Filing System upon plaintiff's counsel Dov Medinets, Esq., GUTMAN WEISS, 2276 Sixty-Fifth Street, 2nd Floor, Brooklyn, N.Y. 11204, service via overnight mail to the Clerk County Sherriff, State of Nevada 500 S. GRAND CENTRAL PKWY., LAS VEGAS, NV 89155 and service via overnight mail upon US Bank, Garnishment Department, PD-OR-C2GN, PO Box 30869, Portland, Or. 97204 of this order and the annexed papers on or before _____, 2022 shall be deemed good and sufficient service thereof.

DATED: _____, New York

_____
United States District Judge