| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JDH Unlimited, Inc. | COURT CASE NUMBER<br>1:21-cv-03118-WFK-RER |
|---|---|
| DEFENDANT<br>APKS Medical, Inc., et al. | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Fidelity Investments
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1 Liberty Street, New York, New York 10006

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Thomas R. Dominczyk, Esq.
Maurice Wutscher, LLP
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Any and all accounts held by or on behalf of Jessica Rose Koehler

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N.Y.
★ JUL 08 2022 ★
BROOKLYN OFFICE

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (908) 237-4550
DATE: 4/13/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 4
District of Origin No.: 053
District to Serve No.: 053
Signature of Authorized USMS Deputy or Clerk
Date: 4/21/22

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Saia Imburgia Front desk
Date: 6/22/22
Time: 3:13 ☒ pm
Signature of U.S. Marshal or Deputy: 30031

REMARKS:
3miles 1hr.
Served to the person in the front desk who acknowledge she was receiving legal documents.

Form USM-285
Rev. 03/21