# MauriceWutscher

**Thomas R. Dominczyk**

Maurice Wutscher LLP        (908) 237-4544
5 Walter Foran Blvd.        (908) 237-4551 fax
Suite 2007                  tdominczyk@mauricewutscher.com
Flemington, NJ 08822        Admitted only in NJ, NY and PA

AUSTIN
BIRMINGHAM
BOCA RATON
BOSTON
CHICAGO
CLEVELAND
DALLAS
FLEMINGTON
NASHVILLE
NEW YORK
PHILADELPHIA
SAN DIEGO
WASHINGTON, DC

mauricewutscher.com

January 15, 2024

*VIA ECF*

Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    JDH Unlimited Inc. v. APKZ Medical, Inc. et al
       Civil Action No. 21-cv-03118-WFK-JAM

Dear Judge Marutollo:

        Pursuant to Your Honor's text order dated December 22, 2023, please accept this letter as the parties' joint status report.  In light of the Second Circuit Court of Appeals' Order vacating Judge Kuntz's Order Denying Defendant Jessica Rose Koehler's Motion to Vacate Default Judgment (the "Motion"), the parties propose the following briefing order on the Motion:

        Plaintiff shall file its opposition to the Motion by February 20, 2024
        Defendant shall file her reply by March 5, 2024

Respectfully submitted,
*/s/ Thomas R. Dominczyk*
Thomas R. Dominczyk
Attorney for Plaintiff

*/s/ Frederic Robert Abramson*
Frederic Robert Abramson
Attorney for Defendant
Jessica Rose Koehler