

LAW OFFICE OF
**FREDERIC R. ABRAMSON**

NEW YORK                                    EST.1997

January 29, 2025

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Request for Ruling on Report and Recommendation re 40.**

**Case Name:** JDH Unlimited Inc v. APKZ Medical Inc. et al
**Case Number:** 1:21-cv-03118-WFK-JAM

Dear Hon. William F. Kuntz,

I hope this letter finds you well. Our office represents the defendant Jessica Rose Koehler in the above captioned matter.

I am writing in regard to the Report and Recommendation of March 2, 2024 by Magistrate Judge Joseph A. Marutollo whereby he respectfully recommends that Defendant Koehler's Motion to Vacate Default Judgment 25 be granted, to wit: that the default judgment be vacated for lack of personal jurisdiction under Fed. R. Civ. P. 60(b)(4); that the complaint be dismissed against her; that the Court order the return of the funds collected from Koehler's bank account pursuant to the default judgment; and that the Court order Plaintiff to cease and desist all enforcement efforts attendant to the default judgment. See re 40.

On March 4, 2024, counsel for the Plaintiff filed its Objections to the report. On March 27, 2024, our office filed our Memorandum in Opposition. See re 41.

As of today, a ruling on the Report and Recommendation has been pending for nearly 9 months. Moreover, the initial motion to vacate the default motion against my client was filed on July 6, 2022. I respectfully request a ruling on our motion to vacate the default at your earliest convenience.



**N E W   Y O R K**                                                    **E S T . 1 9 9 7**

Thank you for your attention to this matter. I appreciate your consideration and look forward to receiving the Court's ruling.

Yours, etc.
FREDERIC R. ABRAMSON, ESQ.

By: _____
FREDERIC R. ABRAMSON, ESQ.
Attorneys for Defendant
Jessica Koehler
160 Broadway, Ste. 500
New York, NY 10038
(212) 233-0666
fabramson@abramsonlegal.com